UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

10 DEC -9 PM 4:02

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>EZEQUIEL SOLIS, JR.,<br><br>                    Defendant. | CASE NO. 09CR3694-LAB<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of the Superseding Information:

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/21/2010

LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE